**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br>            *Plaintiffs-Appellees*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br>            *Defendant-Appellant*. | No. 19-55376<br><br>D.C. No.<br>3:17-cv-01017-BEN-JLB<br><br><br>ORDER |

Filed February 25, 2021

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Owens and Bress did not participate in the deliberations or vote in this case.