# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  **Virginia Duncan, et al.,**
            **v. Bonta, Att'y Gen. of CA**
            **No. 21-1194 (Your docket No. 19-55376)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                               Sincerely,

                               SCOTT S. HARRIS, Clerk

                               By

                               *[signature]*
                               M. Altner
                               Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Mr. Samuel Passchier Siegel, Esq.
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

    Re:  **Virginia Duncan, et al.,**
          **v. Bonta, Att'y Gen. of CA**
          **No. 21-1194**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**         $300.00

    This amount may be recovered from the respondent.

                          Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            M. Altner
                            Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the Ninth Circuit
      (Your docket No. 19-55376)

# Supreme Court of the United States

No. 21–1194

**VIRGINIA DUNCAN, ET AL.,**

Petitioners,

v.

**ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *New York State Rifle & Pistol Assn., Inc.* v. *Bruen*, 597 U.S. ___ (2022).

**IT IS FURTHER ORDERED** that the petitioners, Virginia Duncan, et al., recover from Rob Bonta, Attorney General of California, Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2022

**Clerk's costs:**           $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States